UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS MARIO GONZALEZ,

      Plaintiff,

  v.                           Case No.:  2:26-cv-00894-JES-DNF

U.S.  IMMIGRATION  AND  CUSTOMS
ENFORCEMENT,

      Defendant,

_____

**ORDER DISMISSING CASE**

Petitioner Luis Mario Gonzalez, a native of Cuba, is currently detained at the Florida Soft Side South Detention Center in Ochopee, Florida (Alligator Alcatraz).  On March 23, 2026, Gonzalez filed a 28 U.S.C. § 2241 petition for writ of habeas corpus in Southern District of Florida case number 26-21917-CIV-CANNON.  On March 25, 2026, Judge Aileen Cannon transferred the case to the Middle District of Florida because Gonzalez was detained in this Court's jurisdiction.  <u>See</u> MDFL Case No. 2:26-cv-871-JES-NPM.

On the same day that his first habeas petition was transferred to this Court, Gonzalez filed a second § 2241 petition in the Southern District of Florida.  <u>See</u> SDFL Case No. 1:26-cv-22015-LEIBOWITZ.  Judge David Leibowitz transferred that petition to his Court as well, and the Clerk opened the instant case.  Petitioner seeks the same relief in both this petition and his previous petition.  Gonzales cannot seek a second review of the same

petition merely because he was dissatisfied with the transfer, which appears to be what he seeks to do here.

Accordingly, it is **ORDERED**:

1.    This petition is **DISMISSED without prejudice** as a duplicate petition.

2.    The Clerk is **DIRECTED** to file a copy of the pleading at docket entry one in this case as a separate docket entry in case number 2:26-cv-871-JES-NPM.  The new docket entry shall be titled "Supporting Memorandum."

3.    The Clerk is also **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on March 27, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE